

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00222-CR

Jacob Cory **GONZALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR8528A
Honorable Pat Priest, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED AS MODIFIED.

SIGNED July 15, 2015.

_____
Jason Pulliam, Justice